UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14039-CR-MOORE/LYNCH(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MERCEDES MIRANDA GOMEZ,

    Defendant.

_____/



FILED by ___ D.C.

NOV - 9 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT
S. D. OF FLA.

## REPORT AND RECOMMENDATION ON
## COMPETENCY EVALUATION REPORT

**THIS CAUSE** having come on to be heard for a hearing on the Competency Evaluation Report rendered by Michael P. Brannon, Psy.D., and this Court having received statements of the parties at the hearing and this Court noting that the Defendant was present, this Court recommends to the District Court as follows:

1. This Court previously granted the Defendant's Motion For Psychiatric Evaluation in this matter. This Court has reviewed the Report by licensed psychologist Michael P. Brannon who conducted the examination of the Defendant. This Court has sealed the Competency Evaluation Report of Michael P. Brannon and forwarded the original to the District Court.

2. The Court will not discuss the details of the Report, since it has been sealed. However, both counsel for the government and for the Defendant stipulate to the findings and conclusions of Michael P. Brannon, licensed psychologist, set forth in the Report. Those findings and conclusions are that the Defendant is competent to proceed to trial. The Defendant does not meet the legal criteria for insanity. The Defendant was able to


appreciate the nature, possible consequences, and wrongfulness of her actions at the time of the offense. Therefore, she is found to be competent at the time of the offense. Further, she is competent to stand trial and assist counsel in her defense.

**ACCORDINGLY,** this Court recommends to the District Court that the Competency Evaluation Report provided by Michael P. Brannon, licensed psychologist, be accepted and that the Defendant be found competent at the time of the offense and competent to proceed to trial.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _9th_ day of November, 2007, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Beth Sreenan
Howard Schumacher, Esq.