UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14039-CR-MOORE

**UNITED STATES OF AMERICA,**

      Plaintiff(s),

vs.

**MERCEDES MIRANDA GOMEZ**

      Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Competency Evaluation Report, issued November 9, 2007 [282]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation [282] is hereby **ADOPTED**. The defendant Mercedes Miranda Gomez is hereby found competent at the time of the offense nad competent to proceed to trial.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of January, 2008.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record